357 F.3d 1082
 UNITED STATES of America, Plaintiff-Appellee,
v.
Clifford BIRD, Sr., Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Wesley Lane Crawford, Defendant-Appellant.
 No. 02-30246.
 No. 02-30282.
 United States Court of Appeals, Ninth Circuit.
 February 10, 2004.
 
 Klaus P. Richter, Esq., Billings, MT, John A. Drennan, Esq., Washington, DC, for Plaintiff-Appellee.
 Michael Donahoe, Esq., Helena, MT, David F. Ness, Esq., Great Falls, MT, for Defendant-Appellant.
 Before BROWNING, ALARCÓN, and CLIFTON, Circuit Judges.
 
 ORDER
 
 1
 The court's September 8, 2003 opinion in this matter is WITHDRAWN.